UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARTAN STEPHAN, aka<br>VARTAN M. STEPHAN,<br><br>      Petitioner,<br><br>vs.<br><br>ATTORNEY GENERAL, EDMUND G.<br>BROWN, JR.,<br><br>      Respondent. | Case No. CV 09-6268-RSWL(RC)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: September 2, 2009

RONALD S.W. LEW
_____
HONORABLE RONALD S.W. LEW
SENIOR U.S. DISTRICT COURT JUDGE

R&R-MDO\09-6268.jud
8/31/09